**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6101**
_____

MATIN AQUIL HASSAN,

                    Plaintiff – Appellant,

        v.

JOHN NEWHART, Sheriff, Chesapeake City Jail; VERNON L.
WHITE, Lieutenant, Chesapeake City Jail,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Senior
District Judge. (3:12-cv-00876-JRS)

_____

Submitted:  March 12, 2015            Decided:  March 17, 2015

_____

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Matin Aquil Hassan, Appellant Pro Se. David Brandt Oakley, POOLE
MAHONEY PC, Chesapeake, Virginia; Phillip Matthew Roberts, POOLE
MAHONEY, PC, Chesterfield, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matin Aquil Hassan appeals the district court's order dismissing Hassan's 42 U.S.C. § 1983 (2012) complaint for failure to state a claim for relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hassan v. Newhart, No. 3:12-cv-00876-JRS (E.D. Va. Jan. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED